**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PRIME TIME MGF., INC.

V.

CALIFORNIAL EARRINGS, INC.

CA 07 131 S
C.A. NO.
*Jury trial is demanded*

**COMPLAINT**

*Parties*

1. Prime Time Mfg., Inc. ("Prime Time") is a Rhode Island Corporation.

2. Defendant California Earrings, Inc. is, based upon information and belief, a California Corporation ("California Earrings").

*Jurisdiction and Venue*

3. This action is brought under Diversity of Citizenship jurisdiction pursuant to the United States Code, Title 28, Section 1332(a)(1) and 1332(b).

4. Venue is proper in Rhode Island. Prime Time is a Rhode Island Corporation. California Earrings is generally doing going business in Rhode Island with numerous entities and has done so for many years. Specifically, on or about September 25, 1997 authorized representatives of California Earrings initiated unsolicited telephone contact with sales representatives of Prime Time seeking to and then placing orders for jewelry goods with Prime Time. Thereafter, on or about July 31, 2001 in the course of the business relationship between California Earrings and Prime Time, authorized representatives of California Earrings traveled to Rhode Island meeting with and touring the Prime Time facility located in Warwick and later dining with authorized representatives of Prime Time in Narragansett, Rhode Island. All the contracts between California Earrings and Prime Time were specifically in regard to the course of business stated in the instant complaint.

*Facts*

5. Prime Time is in the business of sale of jewelry products in the various states of the United States.

6. California Earrings is similarly in the business of buying and reselling jewelry products in various states of the United States.

7. By April 18, 2005, California Earrings had incurred a $267,892.71 outstanding balance due for goods sold and delivered and upon book account with Prime Time.

8. On April 18, 2005, California Earrings and Prime Time executed a "Settlement Agreement" whereby California Earrings was to repay the said balance due of $267,892.71 on specified terms. The Settlement Agreement is attached as Exhibit 1.

9. Thereafter and pursuant to the Settlement Agreement, California Earrings made several payments to Prime Time so that the present principal balance due on the Settlement Agreement is $213,392.71 plus accrued contractual interest.

10. California Earrings is in default of the Settlement Agreement.

11. Paragraph 3 of the Settlement Agreement states "Upon default of any of the obligations by California Earrings, Inc. set forth in this agreement, California Earrings, Inc. authorizes and empowers any attorney, justice of the Peace, or Clerk of Court of Record in the State of California to enter judgment by confession against it in favor of PTM or its assigns, for the full amount due."

12. Said Paragraph 3 is a discretionary "confession of judgment" clause facilitating venue on behalf of Prime Time and does not create or deny jurisdiction upon any court outside California.

COUNT I

13. California Earrings restates the allegations contained in Paragraphs 1 through 12.

14. California Earrings is indebted to Prime Time for goods sold and delivered in the sum of $213,392.71.

15. WHEREFORE, Prime Time demands judgment against California Earrings for the sum of $213,392.71. plus interest and costs to date.

COUNT II

16. California Earrings restates the allegations contained in Paragraphs 1 through 12.

17. California Earrings is indebted to Plaintiff on book account n the amount of $213,392.71

WHEREFORE, Prime Time demands judgment against California Earrings for the sum of $213,392.71. plus interest and costs to date.

COUNT III

18. California Earrings restates the allegations contained in Paragraphs 1 through 12.

19. California Earrings is indebted to Plaintiff for the balance due pursuant to the Settlement Agreement in the amount of $213,392.71.

WHEREFORE, Prime Time demands judgment against California Earrings for the sum of $213,392.71. plus interest and costs to date.

Plaintiff, by its attorney

Stephen R. White, Esq. #2372
200 Centerville Road, Suite 1
Warwick, RI 02886
732-3939 *voice*
737-0028 *fax*