# SETTLEMENT AGREEMENT

The purpose of this Agreement is settle all outstanding claims between Prime Time Manufacturing, Inc. ("PTM") and California Earrings, Inc. ("CE"), hereinafter the "Parties".

1. This Agreement supersedes and any and all prior Agreements between the Parties.

2 Each of the Parties hereby releases, acquits, forgives and forever discharges the other and from any and all demands whatsoever for any debts, loans, claims and demands whatsoever for sums of money, securities - except as outlined herein, real property, personal property or other assets, known or unknown, foreseen or unforeseen, in law or in equity, each party has or may have against the other party prior to the date of this Agreement, in exchange for the performance by CE of the following:

267,892.71 SE

A. California Earrings, Inc. shall pay Prime Time Manufacturing, Inc. ~~$269,692.71~~ as follows:

1) California Earrings, Inc. shall pay between Prime Time Manufacturing, Inc. an initial payment of $7,500 00 retroactive to April 1, 2005.
2) CE shall also pay PTM $4,000.00 per month beginning May 1, 2005, and continuing monthly thereafter on the first (1st) of each month, until fully paid.

B. 3 ) California Earrings, Inc. shall pay Interest on the unpaid balance of five (5%) percent annual interest.

3. Upon default of any of the obligations by California Earrings, Inc., set forth in this agreement, California Earrings, Inc. authorizes and empowers any attorney, Justice of the Peace, or Clerk of Court of Record in the State of California, to enter judgment by confession against it, in favor of PTM or its assigns, for the full amount due.

4. This Agreement is subject to re-negotiation in good faith, by both Parties, in the event that CE settles its tax liens with the Internal Revenue Service.

5. This Agreement is made with reference to the laws of the State of California and shall be interpreted and enforced under and pursuant to the laws of said state. The Parties understand and waive the provisions of Section 1542 of the California Civil Code which reads as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE



Ex. 1

TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

The Parties acknowledge that they may have damages unknown at this time, and that as to any unknown damages, they waive their right to recover the same.

6. The Parties acknowledge that this agreement contains the entire agreement between them and the terms contained herein are contractual and not merely recital. The Parties acknowledge that they are both the authors of this Agreement. No promise by any of the Parties which is not expressly contained in this Agreement shall be binding or valid. Any modification, alteration or amendment to the Agreement shall be void and of no force or effect unless it is in writing and signed by all Parties.

DATED: April 18th, 2005

CALIFORNIA EARRINGS, INC.

Miguel Jauregui, President

PRIME TIME MANUFACTURING, INC.

Sal Eacuello, President