UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Prime Time Manufacturing Inc.

v. C.A. No. 07-131S

California Earrings, Inc.

**SHOW CAUSE ORDER**

On or before **October 18, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Doreen L Baldinelli
Deputy Clerk

ENTER:

WSmith
William E. Smith
United States District Judge

Date: 9/28/07