UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Prime Time Manufacturing Inc.

v. C.A. No. 07-131S

California Earrings, Inc.

**ORDER**

Plaintiff was ordered by this Court to show cause in writing on or before October 18, 2007 why this case should not be dismissed against Defendant for lack of prosecution. No response having been filed, this case is hereby dismissed for lack of prosecution.

ORDER:

By: Karen Baldwell
Deputy Clerk

ENTER:

WSmith

William E. Smith
U.S. District Judge

Date: 10/19/07